**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **CECELIA BARDELES,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:20-cv-02546-HLT-JPO |
| | ) |
| **WELLPATH, LLC, A/K/A** | ) |
| **CORRECT CARE SOLUTIONS, LLC** | ) |
| | ) |
|     **Defendant.** | ) |

## CLERK'S EXTENSION

Defendant Wellpath, LLC ("Wellpath"), pursuant to Local Rule 77.2, respectfully requests an extension of 14 days within which to answer, reply, or otherwise plead to the Complaint of Plaintiff Cecelia Bardales ("Plaintiff").[1] On December 30, 2020, Wellpath waived service and pursuant to Rule 12, is permitted to answer, reply, or otherwise plead to the Complaint of Plaintiff on or before February 28, 2021. The originally prescribed time has yet to expire and an additional 14 days will allow the Defendant to answer, reply, or otherwise plead on or before March 15, 2021.[2]

Defendant Wellpath, LLC hereby requests an additional 14 days, up to and including March 15, 2021, within which to answer, reply, or otherwise plead to Plaintiff's Complaint.

---

[1] Wellpath believes that Plaintiff's name is spelled "Bardales" and not "Bardeles" as noted in the case caption.

[2] As February 28, 2021 falls on a Sunday, so would a Clerk's Extension of 14 days. Therefore, and pursuant to Rule 6(a)(1)(C), the time to file a responsive pleading would "continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday," which is March 15, 2021 for the instant litigation.

| | |
|---|---|
| DATE:  February 22, 2021 | Respectfully submitted, |
| | JACKSON LEWIS P.C. |
| | */s/ Karen R. Glickstein*  |
| | Karen R. Glickstein, KS #14036 |
| | Joshua J. Cervantes, KS #78650 |
| | 7101 College Blvd, Suite 1200 |
| | Overland Park, KS 66210 |
| | Telephone: (913) 981-1018 |
| | Facsimile: (913) 981-1019 |
| | Karen.Glickstein@jacksonlewis.com |
| | Joshua.Cervantes@jacksonlewis.com |
| | ATTORNEYS FOR DEFENDANT |

Defendant Wellpath, LLC request for a clerk's extension of time to answer or otherwise respond to Plaintiff's Complaint is hereby GRANTED.

Defendant Wellpath, LLC shall have up to and including March 15, 2021 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

DATE: 2/22/2021                                             /s/ Lisa Bateman, Deputy Clerk
                                                                        CLERK OF THE DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February 2021, a true and accurate copy of the above and foregoing was submitted via email to ksd_clerks_kansascity@ksd.uscourts.gov with a copy sent via electronic mail, to the following:

Rebecca M. Randles, KS#16832
Randles Mata, LLC
851 NW 45th St., Ste. 310
Kansas City, MO 64116
(816) 931-9901
Rebecca@randlesmatalaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Karen R. Glickstein*
AN ATTORNEY FOR WELLPATH, LLC

4827-0162-8381, v. 1