UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

Cecelia Bardales                    )
                                    )
           Plaintiff(s),   )  CIVIL ACTION
                                    )  CASE NO.    2:20-cv-02546-HLT-JF
v.                                  )
                                    )
Wellpath, LLC a/k/a Correct Care Solutions, LL )
                                    )
           Defendant(s).   )

# ADR REPORT

**TYPE OF ADR:**   Mediation ☑   Other:_____ ☐

**Name of Mediator or other Neutral:**   Joe Eischens

**ADR Session Held (date):**   June 24, 2021

**Additional Session(s) Held, if any (date):**   NA

**Results of Referral to ADR:**

☐ Case settled **before** ADR            ☐ Case did **not** settle

☑ Case settled **at** ADR session        ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):   $3,890.00
Did neutral serve pro bono? Yes ☐   or No ☑.

Did neutral serve for a reduced fee? Yes ☐   or No ☑.

**Status of litigation when ADR occurred**–please check one:
TRO ☐        pre-discovery ☑        partial discovery ☐        discovery complete ☐
pending dispositive motion ☐    After dispositive motion ruling ☐    other ☐ _____

**Length of ADR session:**   Approximately 7 hours

Dated: July 6, 2021                                            Karen R. Glickstein
                                                               Attorney Signature

**(ATTENTION: This form is to be FILED by defense counsel within fourteen days of the conclusion or cancellation of the ADR session. This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at http://ksd.uscourts.gov/index.php/forms/?open=AttorneyForms).**

### THIS FORM IS <u>FILED</u>
No information other than that specifically requested should be included on this form.